IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 3,<br><br>        Plaintiff,<br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>        Defendants. | Civil Action No.<br>1:19-cv-03843<br><br>JURY TRIAL DEMANDED,<br>Pursuant to Fed. R. Civ. P. 38 |

## ORDER

Having considered the Consent Motion to Dismiss Certain Defendants Without Prejudice, for good cause shown, the motion is **GRANTED.**

**IT IS HEREBY ORDERED** that

    42 Hotel Cumberland LLC

    Auro Hotels Management, LLC

    JHM Hotels Management, Inc.

    LAXMI Druid Hills Hotel, LLC

    2014 SE Owner 5- Emory, LLC

are Dismissed Without Prejudice.

IT IS SO ORDERED, this 8th day of May 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

Prepared by:

*/s/ Tiana S. Mykkeltvedt*
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
BONDURANT MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, NW
Atlanta, GA 30309
Phone: (404) 881-4100
Fax: (404) 881-4111