IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 3, | |
| Plaintiff, | Civil Action No. |
| v. | 1:19-cv-03843-WMR |
| RED ROOF INNS, INC., et al., | |
| Defendants. | |

## ORDER

Having considered the Consent Motion to Dismiss HSI Chamblee, LLC Without Prejudice, for good cause shown, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that HSI Chamblee, LLC is dismissed without prejudice.

It is so ordered this 13th day of August, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE