IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 3,<br><br>  Plaintiff,<br>v.<br><br>WHG SU ATLANTA, LLC, et al.,<br><br>  Defendants. | CIVIL ACTION FILE<br>NO. 1:19-CV-03843-WMR |

## MODIFIED SCHEDULING ORDER

This matter is before the Court on the Parties' Joint Motion for Modification of Scheduling Order, requesting that this Court amend the scheduling order previously entered on May 27, 2022. Based on the Parties' agreement and good cause shown, the Court GRANTS the Parties' motion and enters the following modified scheduling order:

| Deadline | Current | Revised |
|---|---|---|
| Close of fact discovery | November 30, 2022 | January 30, 2022 |
| Designation of experts and production of expert reports | December 14, 2022 | February 28, 2023 |

1

| Deadline | Current | Revised |
|---|---|---|
| Designation of rebuttal experts and production of rebuttal expert reports | February 14, 2023 | March 31, 2023 |
| Completion of expert discovery including expert depositions | March 28, 2023 | May 1, 2023 |
| Deadline for filing of summary judgment and Daubert motions | April 28, 2023 | June 30, 2023 |

**SO ORDERED** this 28th day of November, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE