IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C.A., K.P., R.K. and T.H., <br><br>    Plaintiff, <br><br>v. <br><br>EXTENDED STAY AMERICA, INC., ESA MANAGEMENT, LLC, AND HVM LLC, <br><br>    Defendants. | Civil Action No. <br><br>1:21-cv-00957-SDG |
| JANE DOE 3, <br><br>    Plaintiff, <br><br>v. <br><br>ESSEX, LLC, et al., <br><br>    Defendants. | Civil Action No. <br><br>1:19-cv-03843-WMR |

**NOTICE OF VIDEO DEPOSITION OF JOY VALERIO**

To:  Extended Stay America, Inc., ESA Management, LLC, and HVM LLC, c/o

    Christopher T. Byrd
    Cbyrd@wwhgd.com
    Patrick B. Moore
    Pmoore@wwhgd.com
    Sara J. Unatin
    Sunatin@wwhgd.com
    Shubhra R. Mashelkar

1

Smashelkar@wwhgd.com
WENBERG WHEELER HUDGINS GUNN & DIAL, LLC
3344 Peachtree Road, NE
Atlanta, GA 30326

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, Plaintiffs in the above-captioned matters will take the deposition of witness **JOY VALERIO** for purposes of discovery, cross-examination of a witness, and all other purposes allowable under the Federal Rules of Civil Procedure on **Friday, January 13, 2023**, beginning at **10:00 a.m. EDT** at the Brunswick-Glynn County Public Library, located at 208 Gloucester Street, Brunswick, GA 31520, Meeting Room 2.

The deposition shall be taken by a Certified Court Report duly authorized by law to administer oaths and transcribe testimony and recorded on video.

According to Fed. R. Civ. P. 30(d)(1), "[t]he court must allow additional time consistent with Rule 26(b)(1) and (2) if needed to fairly examine the deponent or if the deponent, another person, or any other circumstance impedes or delays the examination." Plaintiffs specifically reserve the right to further depose Joy Valerio. If the deposition is not completed on the date indicated, it shall continue from day to day and time to time thereafter until completed.

Respectfully submitted this 13th of January, 2023.

/s/ *Michael R. Baumrind*
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com
Juliana Mesa
Georgia Bar No. 585087
mesa@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree St., N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 882-0900 – Telephone
(770) 822-9680 – Facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 5.1 AND 7.1D

Pursuant to Local Rules 5.1 and 7.1D of the United State District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, prepared with a top margin of not less than one and one-half inches and a left margin of not less than one inch, double-spaced between lines, and used Time New Roman font of 14-point size.

Dated January 13, 2023.

*/s/Michael R. Baumrind*
Michael R. Baumrind

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served the foregoing **PLAINTIFFS' NOTICE OF VIDEO DEPOSITION OF JOY VALERIO** by sending it via electronic mail and by filing with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all attorneys of record in the above-captioned cases.

This 13th day of January, 2023.

*/s/Michael R. Baumrind*
Michael R. Baumrind