# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 3, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | CIVIL ACTION FILE |
| ESSEX, LLC, et al., § | |
| § | NO. 1:19 CV 03843-WMR |
| Defendants. § | |
| § | |
| § | |

## DEFENDANTS CC&S DEVELOPMENT, LLC AND KUZZINS BUFORD, LLC'S NOTICE OF INTENT TO SERVE NON-PARTY SUBPOENAS

COME NOW CC & S DEVELOPMENT, LLC and KUZZINS BUFORD, LLC, pursuant to Federal Rule of Civil Procedure 45(a)(4), by and through counsel, hereby give notice that if no objection by any party is given within fourteen (14) days of the service of this notice, they will serve the attached subpoenas to the following non-parties:

Tracy Bussee
2255 Cumberland Parkway, S.E., Suite 290
Atlanta, Georgia  30339

Megan delaRosa
1626 Frederica Road, Suite 202
St. Simon's Island, Georgia  31522

Sabrina Harrison, M.D., P.C.
1875 Old Alabama Road, Suite 210
Roswell, Georgia  30076

Wellstar Douglas Hospital
8954 Hospital Drive
Douglasville, Georgia  30134

Emerald Isle Counseling
300 Oak Street, Suite 203
St. Simon'sIsland, Georgia  31522

Deuser & Associates
2500 Starling Street, Suite 402
Brunswick, Georgia  31520

Islands Counseling Services
Post Office Box 1814
Tybee Island, Georgia  31410

Northside Hospital
1000 Johnson Ferry Road, N.E.
Atlanta, Georgia  30342

    Respectfully submitted, this 18th day of January, 2023.

    **CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

    _[signature]_

    **CRAIG P. TERRETT**
    Georgia Bar No. 702
    **KRISTIN L. YODER**
    Georgia Bar No. 229210
    **J. ROBB CRUSER**
    Georgia Bar No. 199480
    *Attorneys for Defendant Kuzzins Buford, LLC and CC&S Development, LLC*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
(404) 881-2622
(404) 881-2630 (fax)
cterrett@cmlawfirm.com
kyoder@cmlawfirm.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 3, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ESSEX, LLC, et al., § <br> § <br> Defendants. § <br> § | CIVIL ACTION <br><br> FILE NO. 1:19 CV 03842-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2023 a true and correct copy of the foregoing ***DEFENDANT CC&S DEVELOPMENT, LLC AND KUZZINS BUFORD, LLC'S NOTICE OF INTENT TO SERVE NON-PARTY SUBPOENAS*** was served upon the following parties via electronic mail, as follows:

Charles K. Reed
Adi Allushi
Emma J. Fennelly
Tameika L. Briscoe
*Lewis Brisbois Bisgaard & Smith LLP*
*Bank of America Plaza*
*600 Peachtree St NE, Suite 4700*
*Atlanta, GA 30308*
Chuck.reed@lewisbrisbois.com
Adi.allushi@lewisbrisbois.com
Emma.fennelly@lewisbrisbois.com
Tameika.briscoe@lewisbrisbois.com
*Attorneys for the Defendants*
*Westmont Hospitality Group, Inc.,*
*SUB-SU Hotel GP, LLC, WHG SU*
*Atlanta, LLC, and WHG SU Atlanta*
*LP*

John E. Floyd
Manoj S. Varghese
Tiana S. Mykkeltvedt
Amanda Kay Seals
Michael R. Baumrind
*Bondurant, Mixson & Elmore, LLP*
*1201 W. Peachtree St, Ste 3900*
*Atlanta, GA 30309*
floyd@bmelaw.com
varghese@bmelaw.com
mykkeltvedt@bmelaw.com
seals@bmelaw.com
baumrind@bmelaw.com
reed@bmelaw.com
reed@bmelaw.com
richardson@bmelaw.com
*Attorneys for the Plaintiff Jane Doe 3*

| | |
|---|---|
| Jonathan S. Tonge<br>Patrick J. McDonough<br>Trinity Hundredmark<br>*Anderson, Tate & Carr, P.C.*<br>*One Sugarloaf Centre*<br>*1960 Satellite Blvd., Ste 4000*<br>*Duluth, GA 30097*<br>jtonge@atclawfirm.com<br>pmcdonough@actlawfirm.com<br>thundred@atclawfirm.com<br>bwebb@atclawfirm.com<br>*Attorneys for the Plaintiff Jane Doe 3* | Pamela Newsom Lee<br>Rachel Wilson Mathews<br>Sabrina L. Atkins<br>*Swift, Currie, McGhee & Hiers, LLP*<br>*The Peachtree, Suite 300*<br>*1355 Peachtree St, NE*<br>*Atlanta, GA 30309-3231*<br>Pamela.lee@swiftcurrie.com<br>Rachel.mathews@swiftcurrie.com<br>Sabrina.atkins@swiftcurrie.com<br>*Attorneys for HSI Chamblee, LLC* |
| Warner S. Fox<br>Christopher Shane Keith<br>Elliot Crawford Ream<br>*Hawkins Parnell & Young, LLP*<br>*303 Peachtree Street, NE, Ste 4000*<br>*Atlanta, GA 30308-3243*<br>wfox@hpylaw.com<br>skeith@hpylaw.com<br>eream@hpylaw.com<br>*Attorneys for the Defendant*<br>*Varahi Hotel, LLC* | Tradelle Lacy<br>mrlacysbizz@gmail.com<br>2802 Fullers Alley<br>Kennesaw, GA 30144<br><br>Anthony Crumbley<br>anthonyjcconstruction@gmail.com<br>373 Lexington Drive<br>Lawrenceville, GA 30046 |
| Michael Beene<br>michaelbeeneworld@gmail.com<br>515 Stedford Lane<br>Duluth, GA 30097 | |
| Anthony Cochran<br>Emily C. Ward<br>*Smith, Gambrell & Russell, LLP*<br>*1230 Peachtree St NE*<br>*Promenade, Suite 3100*<br>*Atlanta, GA 30309-3592*<br>acochran@sgrlaw.com<br>eward@sgrlaw.com<br>*Attorneys for Essex Hotel*<br>*Management, LLC*<br>*(misnamed as Essex, LLC)* | |

# CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C).

This 18th day of January, 2023, 2022.

                                           **CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

                                           /s/ Craig P. Terrett

                                           **CRAIG P. TERRETT**
                                           Georgia Bar No. 702
                                           **KRISTIN L. YODER**
                                           Georgia Bar No. 229210
                                           **J. ROBB CRUSER**
                                           Georgia Bar No. 199480
                                           *Attorneys for Defendant Kuzzins Buford, LLC and CC&S Development, LLC*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
(404) 881-2622
(404) 881-2630 (fax)
cterrett@cmlawfirm.com
kyoder@cmlawfirm.com
rcruser@cmlawfirm.com