# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 1, )<br> Plaintiff, )<br>v. )<br> )<br>WHG SU ATLANTA, LLC, et al., )<br> )<br> Defendants. ) | CIVIL ACTION FILE<br>NO. 1:19-CV-03840-WMR |
| JANE DOE 2, )<br> Plaintiff, )<br>v. )<br> )<br>WHG SU ATLANTA, LLC, et al., )<br> )<br> Defendants. ) | CIVIL ACTION FILE<br>NO. 1:19-CV-03841-WMR |
| JANE DOE 3, )<br> Plaintiff, )<br>v. )<br> )<br>WHG SU ATLANTA, LLC, et al., )<br> )<br> Defendants. ) | CIVIL ACTION FILE<br>NO. 1:19-CV-03843-WMR |
| JANE DOE 4, )<br> Plaintiff, )<br>v. )<br> )<br>WHG SU ATLANTA, LLC, et al., )<br> )<br> Defendants. ) | CIVIL ACTION FILE<br>NO. 1:19-CV-03845-WMR |

#3513362v1

## ORDER TO STAY SCHEDULING ORDER

This matter is before the Court on the parties Consent Motion for Stay of the Scheduling order, requesting that this Court stay the current the scheduling order so that the parties can participate in mediation. For good cause shown, the Court **GRANTS** the parties' motion and hereby **STAYS** the scheduling orders at: JD1-Doc. 457; JD2-Doc. 450; JD3-Doc. 402, JD4-Doc. 347 **UNTIL JUNE 1, 2023**.

In the event the mediations are unsuccessful, the parties shall confer and present a proposed schedule to the Court within fourteen (14) days of the date of the last scheduled mediation.

SO ORDERED this 15th day of February, 2023.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

**Proposed Order Prepared By:**

John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Tiana S. Mykkeltvedt

#3513362v1

Georgia Bar No. 533512
mykketlvedt@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com
Juliana Mesa
Georgia Bar No. 585087
mesa@bmelaw.com
BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia  30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

Jonathan S. Tonge
jtonge@atclawfirm.com
Georgia Bar No. 303999
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Trinity Hundredmark
Georgia Bar No. 140808
thundred@atclawfirm.com
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia  30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

*Attorneys for Plaintiffs*

#3513362v1