IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 3, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION FILE |
| vs. § | |
| § | NO. 1:19 CV 03843-WMR |
| RED ROOF INNS, INC. et al., § | |
| § | |
| Defendants. § | |

**ORDER GRANTING CONSENT MOTION FOR DISMISSAL
WITH PREJUDICE OF LESS THAN ALL PARTIES**

IT APPEARING to the Court that Plaintiff has agreed to dismiss her claims against Defendants CC&S DEVELOPMENT, LLC, ESSEX, LLC, and KUZZINS BUFORD, LLC with prejudice, and it further appearing to the Court that Plaintiff's claims will remain pending against the remaining Defendants so as to require an Order of the Court to remove fewer than all of the parties pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendants CC&S DEVELOPMENT, LLC, ESSEX, LLC, and KUZZINS BUFORD, LLC, are hereby dismissed with prejudice.  Each party shall bear their own attorneys' fees and costs.  Plaintiff's cause of action will remain unaffected and will continue against the remaining Defendants.

- 1 -

SO ORDERED this 12th day of July, 2023.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

Prepared by:

/s/ *Kristin L. Yoder*
Glenn Tornillo
Georgia Bar No. 714754
Kristin L. Yoder
Georgia Bar No. 229210
J. Robb Cruser
Georgia Bar No. 199480
CRUZER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET,
LLP
Meridian II, Suite 2000
Peachtree Corners, GA 30092
(678) 6842146 (direct)
(404) 881-2622 (main line)

*Counsel for Defendant Kuzzins Buford, LLC*

Distribution List:

John E. Floyd
Georgia Bar No. 266413
Floyd@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Manoj S. Varghese
Georgia Bar No.  734668
Varghese@bmelaw.com

Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
Baumrind@bmelaw.com
BONDURANT, MIXSON &
ELMORE LLP
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, Georgia 30309
(770) 881-4100 – Telephone
(770) 881-4111 – Fax

Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Trinity Hundredmark
Georgia Bar No. 140808
thundred@atclawfirm.com
ANDERSEN, TATE & CARR,
P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

*Attorneys for Plaintiff Jane Doe 3*