IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 3,<br><br>    Plaintiff,<br><br>v.<br><br>EXTENDED STAY AMERICA, INC.; ESA MANAGEMENT, LLC; ESA P PORTFOLIO, LLC; ESA P PORTFOLIO OPERATING LESSEE, LLC; HVM, LLC; and WHG SU ATLANTA, LLC,<br><br>    Defendants. | Civil Action No.<br>1:19-cv-03843-WMR |

## ORDER DISMISSING ALL CLAIMS AGAINST WHG SU ATLANTA, LLC

Now before this Court is Plaintiff and Defendant WHG SU Atlanta, LLC's ("WHG SU") Consent Motion to Dismiss all claims against WHG SU (the "Motion"). Plaintiff and WHG SU report that they have reached an agreement to resolve all such claims with prejudice. Accordingly, for good cause shown, the Court **GRANTS** the Motion and **DISMISSES** all claims against WHG SU with prejudice, with each party to bear their own costs.

SO ORDERED, this 21st day of August 2023.

*/s/ William M. Ray, II*

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

#3566245v1

Prepared by:

| | |
|---|---|
| **BONDURANT, MIXSON & ELMORE, LLP** <br> John E. Floyd <br> Georgia Bar No. 266413 <br> floyd@bmelaw.com <br> Manoj S. Varghese <br> Georgia Bar No. 734668 <br> varghese@bmelaw.com <br> Tiana S. Mykkeltvedt <br> Georgia Bar No. 533512 <br> mykkeltvedt@bmelaw.com <br> Amanda Kay Seals <br> Georgia Bar No. 502720 <br> seals@bmelaw.com <br> Michael R. Baumrind <br> Georgia Bar No. 960296 <br> baumrind@bmelaw.com <br> Juliana Mesa <br> Georgia Bar No. 585087 <br> mesa@bmelaw.com <br><br> 1201 West Peachtree Street, N.W., <br> Suite 3900 <br> Atlanta, Georgia 30309 <br> (404) 881-4100 – Telephone <br> (404) 881-4111 – Facsimile | **ANDERSEN, TATE & CARR, P.C.** <br> Jonathan S. Tonge <br> jtonge@atclawfirm.com <br> Georgia Bar No. 303999 <br> Patrick J. McDonough <br> Georgia Bar No. 489855 <br> pmcdonough@atclawfirm.com <br><br> One Sugarloaf Centre <br> 1960 Satellite Boulevard, Suite 4000 <br> Duluth, Georgia 30097 <br> (770) 822-0900 – Telephone <br> (770) 822-9680 – Facsimile |

*Attorneys for Plaintiff*

#3566245v1