IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 3,<br><br>　　　　　Plaintiff,<br>v.<br><br>EXTENDED STAY AMERICA, INC., et al.<br><br>　　　　　Defendants. | Civil Action No.<br>1:19-cv-03843-WMR |

**JOINT MOTION TO DISMISS**

Plaintiff Jane Doe 3 and Defendants Extended Stay America, Inc.; ESA Management, LLC; ESA P Portfolio, LLC; ESA P Portfolio Operating Lessee, LLC; and HVM, LLC (the "ESA Defendants") have reached an agreement to resolve all of Jane Doe 3's claims against the ESA Defendants, with each Party to bear her/its own costs. Accordingly, Jane Doe 3 and the ESA Defendants jointly move to dismiss all claims against the ESA Defendants, with prejudice pursuant to Rule 41(a)(2).  *See Rosell v. VMSB, LLC*, 67 F.4th 1141, 1144 n.4 (11th Cir. 2023) ("Our Circuit has recognized that Rule 41(a) allows a district court to dismiss all claims against a particular defendant."). This motion takes care of all remaining claims in this action, but has no effect on Jane Doe 3's claims against the Red Roof Inn Defendants, which were severed from this action and consolidated in Civil

1

Action No. 1:21-cv-4278.  For the Court's convenience, the Parties provide a proposed order.

*Signatures follow on the next page.*

Respectfully submitted this 15th day of November, 2023.

/s/ *Michael R. Baumrind*
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com
Juliana Mesa
Georgia Bar No. 585087
mesa@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

Jonathan S. Tonge
jtonge@atclawfirm.com
Georgia Bar No. 303999
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile        *Attorneys for Plaintiffs*

                                        */s/ Patrick B. Moore*
Christopher Thomas Byrd
George Burr Green, Jr.
Patrick B. Moore
Shubhra R. Mashelkar
Sarah J. Unatin
Shanndor A. McClain

WEINBERG WHEELER HUDGINS
    GUNN & DIAL, LLC-ATL
3344 Peachtree Road, NE, Suite 2400
Atlanta, Georgia 30326
cbyrd@wwhgd.com
ggreen@wwhgd.com
pmoore@wwhgd.com
smashelkar@wwhgd.com
sunatin@wwhgd.com
smcclain@wwhgd.com

                                      ***Attorneys for Defendants***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of November 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all attorneys of record in the above-captioned case.

>*/s/ Michael R. Baumrind*
>Michael R. Baumrind
>Georgia Bar No. 960296