IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 3, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>EXTENDED STAY AMERICA, INC., )<br>et al., )<br>)<br>Defendants. ) | CIVIL ACTION FILE<br>NO. 1:19-CV-03843-WMR |

## ORDER

Now before this Court is the Joint Motion to Dismiss filed on behalf of Plaintiff Jane Doe 3 and Defendants Extended Stay America, Inc.; ESA Management, LLC; ESA P Portfolio, LLC; ESA P Portfolio Operating Lessee, LLC; and HVM, LLC (the "ESA Defendants"). For good cause shown, this motion is **GRANTED**. All claims against the ESA Defendants are **DISMISSED WITH PREJUDICE**, with each party to bear her/its own costs. This Order has no effect on the claims against the Red Roof Inn Defendants that remain in *Jane Doe 2, et al. v. Red Roof Inns, Inc.*, No. 1:21-cv-4278, which were previously severed from this action.

SO ORDERED this 20th day of November, 2023.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

**Proposed Order Prepared By:**

John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykketlvedt@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com
Juliana Mesa
Georgia Bar No. 585087
mesa@bmelaw.com


BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia  30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

Jonathan S. Tonge
jtonge@atclawfirm.com
Georgia Bar No. 303999
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Trinity Hundredmark
Georgia Bar No. 140808
thundred@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia  30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile          *Attorneys for Plaintiffs*